# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON

ANTHONY L. JOHNSON,

                Plaintiff,

v.

THE CITY OF SEQUIM,

                Defendant.

**Case No.** C00-5354 JKA

ORDER DENYING DEFENDANTS' MOTION TO CERTIFY QUESTIONS TO THE WASHINGTON STATE SUPREME COURT

    THIS MATTER comes before the court on Defendants' Motion to Certify Questions to the Washington State Supreme Court noted for ruling this date, August 26, 2005. The court has considered all materials submitted in support of and in response to said motion as well as the files and records herein.

    Tangential to this motion was defendants' motion for continuance of the trial date noted for August 19, 2005. The motion to continue was based on multiple reasons including this request to certify questions to the Washington State Supreme Court. On August 22, 2005, this court entered an order denying defendants' motion for continuance and stated therein the defendant had not submitted a compelling reason to seek certification. A review of the entire record as of this date offers nothing to alter that determination.

    ACCORDINGLY, defendants' motion to certify questions to the Washington State Supreme Court is hereby denied.

    Dated this 26th day of August 2005.

                      */s/ J. Kelley Arnold*
                    U.S. Magistrate Judge, J. Kelley Arnold