MAGISTRATE JUDGE J. KELLEY ARNOLD

PATRICK McMAHON, WSBA # 18809
Carlson McMahon & Sealby, PLLC
37 South Wenatchee Avenue, Suite F
Wenatchee, WA 98801
509-662-6131
509-663-0679 Fax
patm@carlson-mcmahon.org
Attorney for Defendants The City of Sequim, Nelson and Thomas

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ANTHONY L. JOHNSON,<br><br>  Plaintiff and Counter-Defendant,<br><br>v.<br><br>THE CITY OF SEQUIM, a municipal corporation; CHIEF BYRON NELSON, individually and in his official capacity as Police Chief of the City of Sequim, and his marital community; BILL THOMAS, individually and in his capacity as mayor of the City of Sequim, and his marital community; OFFICERS JOHN DOE 1-10, individually and in their official capacity as Police Officers of the City of Sequim, along with their respective marital communities, CLALLAM COUNTY, a municipal corporation; SHERIFF W.J. HAWE, individually and in his official capacity,<br><br>  Defendants and Counter-Claimants. | NO.  C00-5354JKA<br><br>**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE** |

**STIPULATED ORDER OF DISMISSAL
WITH PREJUDICE**
Page 1

Carlson, McMahon & Sealby, PLLC
37 S. Wenatchee Ave., 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 Fax (509) 663-0679

THE ABOVE-ENTITLED ACTION, having been fully settled and compromised the undersigned attorneys for the respective parties hereby stipulate to the entry of an Order of Dismissal with Prejudice as to all parties and issues and without cost or attorney fees to either party.

DATED:_____

CARLSON, McMAHON & SEALBY, PLLC


By:__/s/ PATRICK McMAHON_____
    PATRICK McMAHON, WSBA #18809
    Attorney for Defendant


DATED:_____

MACDONALD, HOAGUE & BAYLESS

BY:___/s/ TIMOTHY FORD_____
    TIMOTHY K. FORD, WSBA # 5986
    Attorney for Plaintiff

# **O R D E R**

THE ABOVE MATTER coming on regularly for hearing this date in open court upon the stipulation of the parties for the entry of an Order of Dismissal

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE**
Page 2

Carlson, McMahon & Sealby, PLLC
37 S. Wenatchee Ave., 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 Fax (509) 663-0679

with Prejudice as to all parties and claims, and without cost or attorney fees to either party. NOW, THEREFORE,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the above action be and the same is hereby dismissed with prejudice and without cost or attorney fees to either party.

DONE IN OPEN COURT this 14th day of October, 2005.

*/s/ J. Kelley Arnold*_____
　　　MAGISTRATE JUDGE J. KELLEY ARNOLD

Presented by:

Approved as to Form and Content
Notice of Presentation Waived:

DATED:_____

CARLSON, McMAHON & SEALBY, PLLC

By:  /s/ PATRICK McMAHON_____
　　PATRICK McMAHON, WSBA #18809
　　Attorney for Defendant

DATED:_____

MACDONALD, HOAGUE & BAYLESS

BY:   /s/ TIMOTHY K. FORD_____
　　TIMOTHY K. FORD, WSBA # 5986
　　Attorney for Plaintiff

**STIPULATED ORDER OF DISMISSAL**
**WITH PREJUDICE**
Page 3

Carlson, McMahon & Sealby, PLLC
37 S. Wenatchee Ave., 3rd Floor, Ste. F
Post Office Box 2965
Wenatchee, WA 98807-2965
(509) 662-6131 Fax (509) 663-0679